UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHARLES WALTERS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0004 AS |
| | ) | |
| D. McBRIDE, | ) | |
| | ) | |
| Respondent | ) | |

### *MEMORANDUM OPINION AND ORDER*

On or about January 3, 2005, *pro se* petitioner, Charles Walters, an inmate at the Wabash Valley Correctional Facility (WVCF) in Carlisle, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The motion to dismiss filed on behalf of the respondent by the Attorney General of Indiana on May 11, 2005, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982). It also remains before this court without dispute.

The petitioner is a convicted felon serving a sentence imposed by a court in the State of Indiana. At the time of the filing of this petition, he was incarcerated in the WVCF which is not in this district, but it is within the territorial area of the U.S. District Court for the Southern District of Indiana. However, the conduct here involved occurred at the Maximum Control Facility in Westville, Indiana in or around October 2004 under case number MVE04-10-0039. Sanctions consisted of one month loss of phone and recreational privileges, which does not implicate a liberty interest under *Sandin v. Conner*, 515 U.S. 472

(1995).  For that reason, the motion to dismiss is well taken and is now **GRANTED**.  **IT IS SO ORDERED**.

    **DATED:**  June 15, 2005

                                            **S/ ALLEN SHARP**
                                            **ALLEN SHARP, JUDGE**
                                            **UNITED STATES DISTRICT COURT**